UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

**JUDGMENT IN A CIVIL CASE**

DAMON FREED, )
)
)
    vs. ) Case No. 23-4075-CV-S-MDH
)
MARTIN O'MALLEY, **)**
**)**

____ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ Decision by Court. This action came to determination before the Court. The issues have been determined and a decision has been rendered.

the Commissioner's decision denying benefits to Damon Freed is **AFFIRMED**

**IT IS SO ORDERED**.

| | |
|---|---|
| _July 26, 2024_ | _Paige Wymore-Wynn_ |
| Date | Clerk of Court |
| | |
| Entered on: <u>July 25, 2024</u> | _s/Linda Howard_ |
| | (By) Deputy Clerk |